**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: MILLER, DONALD L. § | Case No. 10-06402 |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 01/06/2011 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  11/28/2010          By:  JOSEPH R. VOILAND
                                                                                                     Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MILLER, DONALD L.   § Case No. 10-06402
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 11,000.15 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 11,000.15 |
| **Balance on hand:** | $ 11,000.15 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 11,000.15 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH R. VOILAND | 1,850.02 | 0.00 | 1,850.02 |
| Trustee, Expenses - JOSEPH R. VOILAND | 265.63 | 0.00 | 265.63 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,115.65 |
| Remaining balance: | $ 8,884.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,884.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 8,884.50

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,318.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 8,956.99 | 0.00 | 1,613.55 |
| 2 | American Express Bank, FSB | 13,819.11 | 0.00 | 2,489.43 |
| 3 | James M. D'Amico | 11,550.00 | 0.00 | 2,080.67 |
| 4 | Fia Card Services, NA/Bank of America | 14,992.73 | 0.00 | 2,700.85 |

Total to be paid for timely general unsecured claims: $ 8,884.50
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $         0.00
Remaining balance:                                       $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $         0.00
Remaining balance:                         $         0.00


Prepared By:  /s/JOSEPH R. VOILAND
                    Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mgonzalez              Page 1 of 1                  Date Rcvd: Nov 30, 2010
Case: 10-06402                 Form ID: pdf006              Total Noticed: 27
```

The following entities were noticed by first class mail on Dec 02, 2010.
```
db           +Donald L. Miller,   35W537 Parsons Rd.,   West Dundee, IL 60118-9281
aty          +John E Gierum,   Gierum & Mantas,   9700 W Higgins Rd, Ste 1015,   Rosemont, IL 60018-4712
tr           +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
15122185      American Express,   Box 0001,   Los Angeles, CA 90096-0001
15996065      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15122186      Bank Of America,   4060 Ogletown/stan,   Newark, DE 19713
15122187     +Betancourt Realty Network, Inc.,   C/O Daniel G. Lauer & Associates,   1424 W. Division St.,
               Chicago, IL 60642-3360
15122188     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15937103      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15122189     +Chris Rowe,   1610 S. Fall Brook Dr.,   Round Lake, IL 60073-4298
15122190     +Fajardo & Fajardo LTD,   319 West Erie, 5h Floor 1E,   Chicago, IL 60654-6753
15122183     +Gierum & Mantas,   9700 West Higgins Road Suite 1015,   Rosemont, IL 60018-4712
15122193     +HSBC Business Solutions,   P.O. Box 5239,   Carol Stream, IL 60197-5239
15122192     +Holland & Knight LLP,   131 S. Dearborn St., 30th Floor,   Chicago, IL 60603-5517
15122194     +Intregra Reality Resources - Chicago,   566 West Lake Street,   Chicago, IL 60661-1410
15122195     +James M. D'Amico,   512 W. Burlington,   Legrange, IL 60525-2221
15122196     +Kane County Teacher C,   Po Box 1360,   Elgin, IL 60121-1360
15122197     +Law Offices Of George N. Reveliotis,   30 N. Michigan Ave., Ste. 1700,   Chicago, IL 60602-3642
15122182     +Miller Donald L,   35W537 Parsons Rd,   West Dundee, IL 60118-9281
15122198     +National City Mortgage,   6 N Main St,   Dayton, OH 45402-1993
15122199      Nationwide Credit, Inc.,   P.O. Box 740640,   Atlanta, GA 30374-0640
15122200     +Natl Cty Crd,   4661 E Main St,   Columbus, OH 43213-3298
15122201     +North Shore Bank,   15700 West Bluemound,   Brookfield, WI 53005-6073
15122202     +Rulet's Construction, Inc.,   2220 Calwagner Ave.,   Melrose Park, IL 60164-2116
15122203     +Thomas A. Konienczny,   456 N. Ridgeland Ave.,   Elmhurst, IL 60126-2218
15122184     +Washtenaw Homeowners Assn.,   1443 N. Washtenaw,   Chicago, IL 60622-1690
```

The following entities were noticed by electronic transmission on Dec 01, 2010.
```
16286895      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 01 2010 01:39:46
               Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK 73124-8809
                                                                                              TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15122191    ##+Heriberto & Monica Diaz,   34 Tournament Dr. N,   Hawthorn Woods, IL 60047-8401
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2010**          **Signature:** *[signature: Joseph Speetjens]*